**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

No. 98-1240
_____

Rick Lee Grove,                  *
                                   *

        Appellant,        *

                                   *   Appeal from the United States
     v.                  *   District Court for the
                                   *   District of Minnesota

Bureau of Prisons; Martha Jordan,   *
Warden,                    *    [UNPUBLISHED]
                                   *

        Appellees.       *

_____

Submitted:   February 11, 1998
Filed:   February 25, 1998
_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Rick Lee Grove appeals from a final order of the United States District Court for the District of Minnesota, summarily dismissing with prejudice Grove's 28 U.S.C. § 2241 petition for a writ of habeas corpus. In light of our recent decision in <u>Martin v. Gerlinski</u>, No. 97-2232, 1998 WL 7258 (8th Cir. Jan. 13, 1998), and for the reasons discussed therein, we reverse the judgment of the district court and remand the case to the district court with instructions to refer the case to the Bureau of Prisons to properly consider Grove's eligibility for a sentence reduction under 18 U.S.C. § 3621(e)(2)(B). <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.